

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY PHONSONGKHAM,<br><br>                          Petitioner,<br><br>v.<br><br>FIDENZIO N. GUZMAN, et al.,<br><br>                         Respondents. | Case No.: 24cv1566-LL-MMP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>[ECF No. 20] |

       Before the Court is Magistrate Judge Michelle Pettit's Report and Recommendation ("R&R") regarding Petitioner Andy Phonsongkham's Petition for Writ of Habeas Corpus against Respondents Rob Bonta and Fidenzio N. Guzman. ECF Nos. 1, 20. Magistrate Judge Pettit recommends denying the Petition and declining to issue a certificate of appealability. ECF No. 20.

       When considering a magistrate judge's report and recommendation, the district court "shall make a de novo determination of those portions of the report" to "which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "When no timely objection is filed," however, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 enactment; *see also United States v. Reyna-Tapia*,

328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Here, neither party has timely objected to the R&R. *See* ECF No. 20, at 22 (objections due by October 17, 2025). Having reviewed the R&R, the Court finds that it is thorough, well-reasoned, and contains no clear error.

Accordingly, the Court **ADOPTS** Magistrate Judge Pettit's R&R in its entirety. The Court **DENIES** Petitioner's Petition for Writ of Habeas Corpus and **DECLINES** to issue a certificate of appealability. The Clerk shall **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: October 28, 2025

_____
Honorable Linda Lopez
United States District Judge